**08 C 418**

**JUDGE KENDALL**
**MAGISTRATE JUDGE DENLOW**

# EXHIBIT A

## PROMISSORY NOTE

**Principal Amount: $109,751.36**

For value received, Four Seasons Heating & Cooling, Inc. ("Company"), and Frank J. Franco, in his individual capacity, promise to pay to the order of the SHEET METAL WORKERS' LOCAL 265 FRINGE BENEFIT FUNDS, (collectively referred to as "Funds" or "Promisee"), the principal amount of ONE HUNDRED NINE THOUSAND SEVEN HUNDRED FIFTY-ONE DOLLARS AND THIRTY-SIX CENTS ($109,051.36). This principal amount represents $99,773.96 in contributions due to the Funds for the contribution month of September 2007, plus $9,977.40 in liquidated damages, as provided by the governing collective bargaining agreement between the Company and the Sheet Metal Workers' Local Union No. 265 ("Union"), and the Agreements and Declarations of Trust that govern the Funds.

The Company or Frank J. Franco, individually, shall timely submit to the Funds monthly installment payments according the following schedule:

| | | |
|---|---|---|
| Payment #1: | **$27,437.84** | Due January 31, 2008 |
| Payment #2: | **$27,437.84** | Due February 29, 2008 |
| Payment #3: | **$27,437.84** | Due March 31, 2008 |
| Payment #4: | **$27,437.84** | Due April 30, 2008 |

Each payment shall be made by certified or cashier's check, and mailed or delivered to the attention of Fund Counsel, Beverly P. Alfon at the offices of Baum, Sigman, Auerbach & Neuman, Ltd., 200 W. Adams Street, Suite 2200, Chicago, Illinois 60606, on or before the respective due dates.

Page 1 of 3

To secure the full payment of this note, Frank J. Franco, individually, guarantees to the Funds the obligations of the Company, to the extent of the principal amount of this Promissory Note.

Frank J. Franco, individually, and on behalf of the Company, understands and agrees that this Note does not alter the obligations of the Company to **timely submit current reports and contributions due to the Funds** in accordance with the Company's collective bargaining agreement with the Sheet Metal Workers' Local 265 and adopted Agreements and Declarations of Trust of the Funds. The Company, and Frank J. Franco, individually, agree that their failure to timely submit current reports and contributions due to the Funds will constitute **default** under the terms of this Note.

In the event of default under the terms of this promissory note, including but not limited to, failure to timely submit any installment payments enumerated above, the entire amount remaining due shall, at the sole option of Funds, become immediately due without demand or notice; and, the parties agree that the Funds may pursue recovery of the balance remaining due and owing, plus any unpaid contributions accrued by the Company during the term of this Note, together with interest, costs of collection and, reasonable attorneys' fees incurred by the Funds in the enforcement of this Note.

[The remainder of this page was intentionally left blank]

The parties agree that the terms of this Note are binding upon all successors and assigns of the Company.

_____   Date: 12/5/07
Frank J. Franco, as President of Operations and
Authorized Agent of Four Seasons Heating & Cooling, Inc.
56 East End Drive
Gilberts, IL 60136


_____   Date: 12/5/07
Frank J. Franco, in his individual capacity
1740 Kings Gate Lane
Crystal Lake, IL 60014


Subscribed and sworn to me this
5th day of December, 2007.


_____   Date: 12-5-07
Notary Public

I:\265J\Four Seasons\19943\promissory note 11-28-07.bpa.wpd

OFFICIAL SEAL
DARLENE A RINGA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/05/08