IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 08 C 0418 |
| FOUR SEASONS HEATING & COOLING, INC., an Illinois corporation, and FRANK J. FRANCO, an individual, | ) ) ) ) | JUDGE VIRGINIA KENDALL |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

TO:  Steven B. Towbin                                         Frank J. Franco
     Vipin R. Gandra                                          1740 Kings Gate Lane
     Shaw Gussis Fishman Glantz Wolfson & Towbin, LLC         Crystal Lake, IL  60014
     321 N. Clark Street, Suite 800
     Chicago, IL  60610

NOW COME Plaintiffs, by and through their attorneys, and, as of right in accordance with Rule 41(a)(1)(I), Federal Rules of Civil Procedure, hereby dismiss this action without prejudice to the rights of Plaintiffs.

The reason for the dismissal of this action is that Plaintiffs were advised on or about January 29, 2008 that since January 25, 2008 the Defendants have been operating under the protection of the United States Bankruptcy Court for the Northern District of Illinois, pursuant to a voluntary Petition under Chapter 11 of the Bankruptcy Code.  Accordingly, all matters in dispute will be taken up before the Bankruptcy Court.

/s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Telefax: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\265J\Four Seasons\#19943\2008\notice of voluntary dismissal.bpa.df.wpd

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Voluntary Dismissal) with the Clerk of Court using the CM-ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 5th day of March 2008:

>Steven B. Towbin
>Vipin R. Gandra
>Shaw Gussis Fishman Glantz Wolfson & Towbin, LLC
>321 N. Clark Street, Suite 800
>Chicago, IL   60610
>
>Frank J. Franco
>1740 Kings Gate Lane
>Crystal Lake, IL   60014

/s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Telefax: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\265J\Four Seasons\#19943\2008\notice of voluntary dismissal.bpa.df.wpd